UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NADIA PEREZ-JUAREZ,<br><br>Defendant. | No. 2:15-CR-00063-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release NADIA PEREZ-JUAREZ;

Case No. 2:15-CR-00063-KJM, from custody for the following reasons:

\_\_Release on Personal Recognizance

\_\_Bail Posted in the Sum of $

    \_\_ Unsecured Appearance Bond

    \_\_ Appearance Bond with 10% Deposit

    \_\_ Appearance Bond with Surety

    \_\_ Corporate Surety Bail Bond

**X** (Other): Indictment dismissed.

Issued at Sacramento, California on 8/11/15, at 11:51 a.m.

Kimberly J. Mueller
United States District Judge